UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00222 |
| | ) | JUDGE CAMPBELL |
| MARCELLUS HARRIS | ) | |

## ORDER

Pending before the Court is Defendant Harris's Motion Requesting *Franks* Hearing (Docket No. 50). The Court previously scheduled a hearing on January 23, 2014, at 9:00 a.m., to consider Defendant's Motion To Suppress Evidence Obtained From Law Enforcement's Illegal Entry Into 200 Paragon Mills Road, Apartment D-20 (Docket No. 48). All pending motions will be considered at the hearing on January 23, 2014, at 9:00 a.m. If the Defendant meets the standard set forth in *Franks v. Delaware*, 438 U.S. 154 (1978), the Court will hold the hearing on the same day.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE