UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:12-00222
                                  )          JUDGE CAMPBELL
MARCELLUS ANTONIO HARRIS          )

ORDER

Pending before the Court is a Motion to Continue Deadline to Respond to Defendant's

Motions (Docket No. 52). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE