UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00222 |
| | ) | JUDGE CAMPBELL |
| MARCELLUS ANTONIO HARRIS | ) | |

ORDER

Pending before the Court is a Notice and Request for Stay of Filing Deadlines (Docket No. 54). The Request is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE