UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00222 |
| | ) | JUDGE CAMPBELL |
| MARCELLUS HARRIS | ) | |

ORDER

Pending before the Court is Defendant Harris's Motion To Continue January 24, 2014[1] Pretrial Motion Hearing (And Notice Of Case Status) (Docket No. 56). Through the Motion, the Defendant indicates that the parties have been unable to settle this case, and requests that the Court continue the pretrial motion hearing from January 23, 2014 to a date after February 7, 2014. Trial in this case is set for March 11, 2014.

The Motion is GRANTED in part, and DENIED in part. The Court has criminal trials and other matters scheduled for the time period requested by the Defendant. Accordingly, the hearing to consider all pending motions is CONTINUED until January 28, 2014, at 9:00 a.m. If the Defendant meets the standard set forth in *Franks v. Delaware*, 438 U.S. 154 (1978), the Court will hold the hearing on the same day.

The Government shall file a response to the pending motions on or before January 16, 2014.

It is so ORDERED.

                                                                                                      _____
                                                                                                      TODD J. CAMPBELL
                                                                                                      UNITED STATES DISTRICT JUDGE

---

[1] The hearing is set for January 23, 2014 rather than January 24, 2014.