UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )      No.  3:12-00222
                              )      JUDGE CAMPBELL
MARCELLUS HARRIS              )

<u>ORDER</u>

Pending before the Court is the Government's Motion To Continue Deadline To Respond To Defendant's Motions (Docket No. 63).  Through the Motion, the Government seeks an extension of 14 days in which to respond to Defendant's pending motions.

The Motion is GRANTED.  Accordingly, the Government shall have until February 6, 2014 in which to file a response to Defendant's pending motions.

It is so ORDERED.

_Todd Campbell_

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE