UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00222 |
| | ) | JUDGE CAMPBELL |
| MARCELLUS ANTONIO HARRIS | ) | |

ORDER

Pending before the Court is the Defendant's Motion Requesting Defense Motion Reply Deadline of February 17, 2014 (Docket No. 68). The Motion is GRANTED.

Defendant shall have until February 17, 2014, to file his Reply to the Government's Response (Docket No. 67).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE