UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00222 |
| | ) | JUDGE CAMPBELL |
| MARCELLUS HARRIS | ) | |

ORDER

The hearing on the Defendant's pending motions, held on April 1, 2014, will resume on April 8, 2014, at 10:30 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE