UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00222 |
| | ) | JUDGE CAMPBELL |
| MARCELLUS ANTONIO HARRIS | ) | |

ORDER

Pending before the Court are Defendant Harris's Motion Requesting *Franks* Hearing (Docket No. 50), and Motion To Suppress Evidence Obtained From Law Enforcement's Illegal Entry Into 200 Paragon Mills Road, Apartment D-20 (Docket No. 48). The Court held a hearing on April 1 and April 8, 2014. For the reasons stated on the record, the Motion Requesting *Franks* Hearing (Docket No. 50) is DENIED. The parties shall have until April 22, 2014 in which to file supplemental briefs regarding the Motion To Suppress (Docket No. 48).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE