UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00222 |
| | ) | JUDGE CAMPBELL |
| MARCELLUS ANTONIO HARRIS | ) | |

### **PROTECTIVE ORDER**

Defense counsel, Jodie A. Bell, has requested the "informant file" for the confidential informant in this matter. Mrs. Bell is entitled to this file in order to prepare for trial on July 22, 2014. Mrs. Bell is to appropriately secure the file, consisting of 12 pages of documentation, and prevent the file from becoming public. Mrs. Bell is allowed to utilize the file in preparing for trial, including reviewing the file with her client; however, Mrs. Bell is precluded from providing personal copies of the file to defendant or allowing any additional copies of the file to be created or possessed which are outside of her control.

**It is so ORDERED.**

_____
Date

**District Judge Todd J. Campbell**
United States District Court
Middle District of Tennessee